

**REQUEST FOR COUNSEL**

**PETITION FOR A
WRIT OF ACTUAL INNOCENCE**

TO THE SUPREME COURT OF VIRGINIA

1:21-CV-305

In re: __Mark adumsym__ Record No. _____
 (FULL NAME OF PETITIONER)        (TO BE SUPPLIED BY THE CLERK OF THE SUPREME COURT)

_____   Circuit Court
(PRISONER NO., IF APPLICABLE)     Case No.(s) __Frederick County Circuit Court__

__Wallens Ridge State__
(PETITIONER'S ADDRESS)
__Prison 724 Bigstone gap,__
__VA. 24274__

Pursuant to subsection E of § 19.2-327.3 of the Code of Virginia, I,

__Mark Sym__
NAME OF PETITIONER

hereby request that this Court appoint counsel to assist me in petitioning this Court for a writ of actual innocence. In support of this request, I state under oath that the following information is true:

1. On __2016 2016__, I was convicted in the
         DATE
__Frederick County Circuit Court__ Circuit Court of the following offense(s):
NAME OF COURT

| Description of Offense | Virginia Code | Class of Felony | Plea |
|---|---|---|---|
| MURDER Felony | | Class 2 Felony | Yes |
| BREAKING AND ENTERING | | Class 3 Fel. | Yes |

[ ] ATTACHED ADDITIONAL SHEET(S)

2. I am innocent of the crime(s) for which I was convicted.

FORM SC-101 (9/10)

-1-

3. On _____1-14-20_____, the above-identified circuit court ordered the
   DATE
Department of Forensic Science to conduct testing on human biological evidence pursuant to
§ 19.2-327.1 of the Code of Virginia. I have attached to this request an attested copy of that order of the circuit court.

4. I affirm under oath that I am eligible for appointment of counsel and I have attached the completed affidavit for appointment of counsel.

_____1-23-21_____                              _____M. [signature]_____
       DATE                                       SIGNATURE OF PETITIONER

---

**FOR NOTARY PUBLIC'S USE ONLY:**

State of ............................................. [ ] City  [ ] County of ...........................................

Acknowledged, subscribed and sworn to before me this ............ day of ........................ , 20 ..........

..................................................                    _____
NOTARY REGISTRATION NUMBER                              NOTARY PUBLIC
                                                        (My commission expires: ........................... )

---

FORM SC-101 (9/10)                           -2-

# PETITION FOR A WRIT OF ACTUAL INNOCENCE

## TO THE SUPREME COURT OF VIRGINIA



FILED
MAR 12 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:21-CV-305

In re: __MArk adam sym__
(FULL NAME OF PETITIONER)

Record No. _____
(TO BE SUPPLIED BY THE CLERK OF THE SUPREME COURT)

_____
(PRISONER NO., IF APPLICABLE)

Circuit Court
Case No.(s) __Frederick ahuid__

__[scribbled]__
(PETITIONER'S ADDRESS)

__729 Wallens Ridge__
__State prison Big stone__
__gap, VA 24272__

Pursuant to the provisions of Chapter 19.2 of Title 19.2 of the Code of Virginia, I,

__MArk sym__
NAME OF PETITIONER

hereby petition this Court for a writ of actual innocence. In support of this petition, I state under oath that the following information is true:

1. On __2016 - July 7__, I was convicted in the
   DATE

   __Frederick County__ Circuit Court of the following offense(s):
   NAME OF COURT

| Description of Offense | Virginia Code | Class of Felony | Plea |
|---|---|---|---|
| Murder 1 | 18.2-01 | Class 1 | Yes |
| Breaking of entering | 1902 | Class 3 | Yes |

[ ] ATTACHED ADDITIONAL SHEET(S)

2. I am innocent of the crime(s) for which I was convicted.

3. My claim of innocence is based upon the following human biological evidence and scientific testing:

Malicious wound Took part in the slaying

Didn't Deliver the fatel death wound was convicted of mrd

Not malicious when I Intoxicated on Time of offense.

[ ] ATTACHED ADDITIONAL SHEET(S)

4. Check one:
[X] This evidence was not known or available to either me or my attorney at the time the conviction became final in the circuit court.

[ ] This evidence was known at the time the conviction became final in the circuit court, but was was not tested because ~~was~~ ~~didn't~~ ~~too~~ was not sim hv evidence report

[ ] ATTACHED ADDITIONAL SHEET(S)

5. This evidence was tested pursuant to the provisions of Virginia Code § 19.2-327.1 and the results were obtained by me or my attorney on _____new wm_____.
DATE

This petition is filed within sixty days of obtaining those results and those test results are filed with this petition. Attached is a copy of the notice of the test results from the Department of Forensic Science.

6. The scientific evidence described in paragraph number 4 above will prove that no rational trier of fact could have found me to be guilty beyond a reasonable doubt of the charge described above because

I did Not kill Jimmy weithill victim. I took part in a 2014 slaying. Stabbed the lower part of the body

[ ] ATTACHED ADDITIONAL SHEET(S)

7. Check box if applicable and provide any additional information.
[X] My conviction became final after June 30, 1996, and the scientific evidence described in paragraph number 4 above was not available for testing under Virginia Code § 9.1-1104 because:

it was shown in a report that was read at presentence

report but did not show pictures of the fingerprints or pictures of the

[ ] ATTACHED ADDITIONAL SHEET(S)

blood on clothing

8. This petition contains all relevant allegations of fact known to me at this time and all previous records, applications, petitions, appeals, and dispositions relating to this matter are attached. In support of this petition, the following documents are attached:

_The untattached_

[ ] ATTACHED ADDITIONAL SHEET(S)

9. I understand that this petition must contain all relevant allegations of fact that are known to me at this time. I understand that it must include all previous records, applications, petitions, appeals, and their dispositions related to this conviction, as well as a copy of any test results of the scientific evidence described above. I understand that if this petition is not complete, this Court may dismiss the petition or return the petition to me pending the completion of such form. I understand that I am responsible for all statements contained in this petition. I understand that any knowingly or willfully made false statement shall be a ground for prosecution and conviction of perjury as provided in Virginia Code § 18.2-434. I understand that this Court shall not accept this petition unless it is accompanied by a duly executed return of service verifying that a copy of this petition and all attachments have been served on the attorney for the Commonwealth of the jurisdiction where the conviction occurred and on the Attorney General of Virginia.

10. Check box if claiming in forma pauperis status and seeking to file this petition without payment of fees.

[X] I claim in forma pauperis status and I request that this Court accept this petition without the payment of filing fees. I affirm under oath that I am eligible for in forma pauperis status and I have attached the completed affidavit to this effect.

Based on the above, I petition this Court pursuant to the provisions of Chapter 19.2 of Title 19.2 of the Code of Virginia for a writ of actual innocence.

_1-23-21_  
DATE

_M. [signature]_  
SIGNATURE OF PETITIONER

**FOR NOTARY PUBLIC'S USE ONLY:**

State of ............................................. [ ] City  [ ] County of ..............................

Acknowledged, subscribed and sworn to before me this ............ day of ..............................

..........................................  
NOTARY REGISTRATION NUMBER

..........................................  
NOTARY PUBLIC  
(My commission expires: ........)

FORM SC-102 (9/10)

-3-

1:21-CV-305

## PROOF OF SERVICE AND RETURN OF SERVICE/ACCEPTANCE OF SERVICE
## PETITION FOR A WRIT OF ACTUAL INNOCENCE
### TO THE SUPREME COURT OF VIRGINIA



FILED
MAR 1 2 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Pursuant to the provisions of Chapter 19.2 of Title 19.2 of the Code of Virginia, I,

__Mark Sym__
NAME OF PETITIONER AND PRISONER NO. (if applicable)

am petitioning the Supreme Court of Virginia for a writ of actual innocence. A true copy of this petition shall be served upon:

(CHECK ONE BOX)

[✓] The attorney for the Commonwealth for __Frederick County__ at
(CITY OR COUNTY)

__Winchester va 5 North St__
ADDRESS

[ ] The Attorney General of Virginia at

The Office of the Attorney General

900 East Main Street
Richmond, Virginia 23219

with a copy of the following documents attached:
__A Copy of actual innocence__

[ ] ATTACHED ADDITIONAL SHEET(S)

__1-23-21__                    __M. Sym__
DATE                           SIGNATURE OF PETITIONER

Subscribed and sworn to/affirmed before me on this date by the above-named person.

_____            _____
DATE                           [ ] CLERK   [ ] DEPUTY

FOR NOTARY PUBLIC'S USE ONLY:
State of _____  [ ] City [ ] County of _____
Acknowledged, subscribed and sworn to before me on this _____ day of _____, 20 ___
by _____
NOTARY REGISTRATION NUMBER     NOTARY PUBLIC
                               (My commission expires: _____)

FORM SC-103 (9/10)              -1-

## PROOF OF SERVICE/ACCEPTANCE OF SERVICE

### RETURN OF SERVICE BY SHERIFF

I certify that I personally served the person indicated with the PETITION FOR A WRIT OF ACTUAL INNOCENCE and the other documents described on the date below.

_____ Sheriff

_____   By _____ Deputy Sheriff
DATE

_____
CITY OR COUNTY

### RETURN OF SERVICE BY PRIVATE PROCESS SERVER

I, the undersigned swear/affirm that:

1. I am a private process server (list name, address and telephone number below).

   _____
   _____
   _____

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.

3. I am eighteen years of age or older.

4. I personally served the person indicated with the PETITION FOR A WRIT OF ACTUAL INNOCENCE and the other documents described.

— Date and time of service: _____

— Place of service: _____
STREET ADDRESS, CITY AND STATE

_____   _____
DATE                                SIGNATURE

Name (Print or Type) _____

---

FOR NOTARY PUBLIC'S USE ONLY:

State of _____  [ ] City  [ ] County of _____

Acknowledged, subscribed and sworn to before me on this _____ day of _____ , 20 \_\_\_\_

by _____

_____   _____
NOTARY REGISTRATION NUMBER            NOTARY PUBLIC
                                      (My commission expires: _____ )

## ACCEPTANCE OF SERVICE OF PROCESS

I, the undersigned party named below, swear under oath/affirm that I received a copy of the PETITION FOR A WRIT OF ACTUAL INNOCENCE and the other attached documents described on this date. I understand that my receipt of these copies and my signature below constitute the acceptance of service of process of these copies.

_1-23-21_  _M. Lynne_  _Mark Sym a dum_
DATE          SIGNATURE           NAME

A petition for a writ of actual innocence may be filed with the Supreme Court of Virginia by someone who was either:

(i) convicted of a felony upon a plea of not guilty;
(ii) sentenced to death, regardless of plea; or
(iii) convicted of a Class 1 felony, a Class 2 felony, or any felony for which the maximum penalty is imprisonment for life, regardless of plea.

Based on the petition for a writ of actual innocence, the Supreme Court may direct the circuit court that convicted the petitioner to conduct further hearings and the Supreme Court may hold a hearing.

The Supreme Court may dismiss the petition for failure to state a claim or it may identify grounds upon which relief shall be granted to the petitioner. If the Supreme Court holds a hearing, it shall then (i) dismiss the petition for failure to establish allegations sufficient to justify the issuance of a writ of actual innocence, or (ii) find, based upon clear and convincing evidence, that the petitioner has proven all of the allegations contained in paragraphs 3, 5, 6, 7 and 8 of the PETITION FOR A WRIT OF ACTUAL INNOCENCE because no rational trier of fact could have found proof of guilt beyond a reasonable doubt, and vacate the conviction. If the Supreme Court finds that no rational trier of fact could have found sufficient evidence beyond a reasonable doubt as to one or more elements of the offense for which the petitioner was convicted, but the Court finds that there remains in the original trial record evidence sufficient to find the petitioner guilty beyond a reasonable doubt of a lesser included offense, the court shall modify the conviction accordingly and remand the case to the circuit court for resentencing.

The burden of proof in a proceeding for a writ of actual innocence shall be upon you, the petitioner.

3. <u>Can I have counsel appointed for a petition for a writ of actual innocence?</u>

The Supreme Court will not consider any request for appointment of counsel until you have filed the form entitled REQUEST FOR COUNSEL — PETITION FOR A WRIT OF ACTUAL INNOCENCE and unless you have completed the in forma pauperis affidavit attached to the request for appointment of counsel. As part of this request, you must attach to that request an attested copy of the order of the circuit court ordering that testing of human biological evidence be performed by the Department of Forensic Science pursuant to Virginia Code § 19.2-327.1.

4. <u>What must be included with a petition for a writ of actual innocence?</u>

Your petition must contain all relevant allegations of facts that are known to you at the time you prepare your petition and file it. Your petition must include all previous records, applications, petitions, appeals, and their dispositions related to this conviction, as well as a copy of any test results of the scientific evidence described above. Your petition must be filed with the Supreme Court of Virginia within sixty days of you or your counsel obtaining the results of the scientific testing which are the basis of your petition.

5. <u>What must be done to file a petition for a writ of actual innocence?</u>

If your petition is not complete, the Supreme Court may dismiss the petition or return the petition to you pending the completion of such petition. The Supreme Court shall not accept your petition unless it is accompanied by either a duly executed return of service verifying that a copy of this petition and all attachments have been served on the attorney for the Commonwealth of the jurisdiction where the conviction occurred and a duly executed return of service verifying that a copy of this petition and all attachments have been served on the Attorney General of Virginia or an acceptance of service signed by either or both the attorney for the Commonwealth and the Attorney General or a combination of the two.

6. <u>What are the fees to file this petition?</u>

The Supreme Court cannot accept and file your petition unless you submit either a check (or money order) for $ 50 or else complete the affidavit (attached to the PETITION FOR A WRIT OF ACTUAL INNOCENCE) affirming that you cannot afford the filing fee.

7. <u>Your responsibility for what is said in your PETITION FOR A WRIT OF ACTUAL INNOCENCE.</u>

You are responsible for all statements contained in this petition. Any knowingly or willfully made false statement shall be a ground for prosecution and conviction of perjury as provided for in Virginia Code § 18.2-434.